**FILED**

**FEB 0 6 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY PICKETT,

    Plaintiff,

    v.

GREIL MEMORIAL PSYCHIATRIC HOSPITAL, *et al.*,

    Defendants.

Civil Action No. 05-2330

## ORDER

Pursuant to the Court's December 6, 2005 Order to Show Cause, to which plaintiff failed to respond within the time limit set forth therein,[1] it is hereby

ORDERED that the Order to Show Cause [#3] is DISCHARGED. It is further

ORDERED that plaintiff is enjoined from filing any civil action in this Court without first obtaining leave of Court. In seeking leave to file, plaintiff must certify that the claim or claims he wishes to present are new claims never before raised and disposed of on the merits by any federal court. Further, he must certify that the claims neither are frivolous nor made in bad faith. Plaintiff must file a separate motion for leave to file captioned "Application Pursuant to Court Order Seeking Leave to File." Plaintiff's

---

[1] Plaintiff did not respond substantively to the order to show cause. Since that order was issued, however, he has submitted two complaints (*Pickett v. Bethany Seventh Day Adventist Church, et al.*, and *Pickett v. Jackson Hospital Emergency Room, et al.*), neither of which is accompanied by a certification as proposed in the order. The Court will deny leave to file these two complaints.

failure to comply strictly with all the terms of this injunction order are sufficient grounds for denying leave to file a complaint. It is further

ORDERED that the instant civil action is DISMISSED WITH PREJUDICE.

SO ORDERED.

_____
United States District Judge

Date: 1-27-06