**FILED**

**FEB 0 6 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PICKETT,<br><br>Plaintiff,<br><br>v.<br><br>GREIL MEMORIAL PSYCHIATRIC HOSPITAL, *et al.*,<br><br>Defendants. | Civil Action No. 05-2330 |

### ORDER

It is hereby

ORDERED that the two complaints attached to this Order, namely *Pickett v. Jones* and *Pickett v. Manager of bp and Amoco Gasoline and Food Shop*, be CONSOLIDATED with *Pickett v. Greil Memorial Psychiatric Hospital*, Civil Action No. 05-2330, and, for the reasons stated in the Order dated January 27, 2006 therein, are DISMISSED with prejudice.

SO ORDERED.

_____
United States District Judge

Date: 1-30-06