United States District Court, for the District of Columbia

Anthony Pickett Pro-Se
36 West Clover Lane
Montgomery, AL.
36105  Plaintiff

vs

(Cat)
Manager of bp and Amoco
Gasoline and Food Shop
et. Al. (All others
employees)
            Defendants

7 Sept. 2005

for Order Consolidated with 05-2330

RECEIVED
SEP 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Complaint

For a month, the Manager of bp and Amoco Gasoline and ~~Store~~ Shop, they call the Manager (Cat), and all others employees, who have (1) Drugs within the body, (2) injecting Heroin, (3) AIDS, (4) Herpes, (5) Crazy Checks, (6) Bankrupt, (7) Shot with a gun, two different times, bleeding inside and out, bleeding heavily through skin, (Dead) have been (hurting my mouth) and the (entire neighborhood), with the (machinery) or (stove)

(1)

at bp. And Amajo Gasoline And Food Shop 3854 S. Court St. Montgomery, AL 36105 (334) 281-4089. This Gas Station have been (hurting my mouth) and the entire neighborhood with the (machinery) or (stove) at the Gas Station.

(911) ① the Montgomery Police Department, 320 N. Riply mont. AL. 36752 have receive many of calls and (nothing have been done.)

(911) ② Montgomery County Sheriff Department mont. AL. was call and (nothing was done.)

③ The (FBI) Alabama, was call and (nothing was done.)

④ Alabama State Troopers was call and (nothing was done).

This have been going on over a month. The pain, no human can stand, or sleep or eat.

This is ① Assault and violated the ② 8 United States Constitution Amendment, and the entire United States Constitution with Drugs within the body, injecting Heroin, AIDs.

②

Pro-se Anthony Pickeff, Motion for A jury trial, by the (6,7) United States Constitution Amendments.

## motion

Pro-se Anthony Pickeff, Motion for A jury trial by the (6,7) United States Constitution Amendment.

## motion

Pro-se Anthony Pickeff, motion for Drug-tests by the 4 United States Constitution Amendment

## motion

Pro-se Anthony Pickeff motion, to Order, bp And Amoco Gasoline and foodshop, to turn and remove, the (machinery)(stove) that (hurt my mouth) for A month, And the entire neighborhood, And pay damages of 1 millions dollars.

3

## PROOF OF SERVICE

I, Anthony Pickett, 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, Pro-Se, do certify that on 7 Sept. 2005, a copy of the foregoing mail, was mail to the Defendants by placing a copy in a United States Post Office mail box, to be mail to the following as:

(Cat) or Jane Doe Manager
Manager of bp and Amoco Gasoline and Food Shop
3894 S. Court St.
Montgomery, Alabama 36105
Phone (334) 281-4089

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
Pro-Se Anthony Pickett

Address of Pro-Se

Anthony Pickett, Pro-Se
36 West Clover Lane
Montgomery, Alabama
36105
(334) 284-4237   (phone)

4

AO 240 (Rev 9/96)

# United States District Court

─────── DISTRICT OF ───────

Anthony Pickett
_Plaintiff_

Cat.   V.
Manager of bp and Amoco Gasoline and Food Shop
_Defendant_

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

7 Sept, 2005

CASE NUMBER:

1. I __Anthony Pickett__ declare that I am the (check appropriate box)
   [✓] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1  Are you currently incarcerated?    [ ] Yes    [✓] No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2  Are you currently employed?    [ ] Yes    [✓] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

                    1996                    $860.00

3  In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes    [✓] No
   b. Rent payments, interest or dividends             [ ] Yes    [✓] No
   c. Pensions, annuities or life insurance payments   [ ] Yes    [✓] No
   d. Disability or workers compensation payments      [ ] Yes    [✓] No
   e. Gifts or inheritances                            [ ] Yes    [✓] No
   f. Any other sources                                [ ] Yes    [✓] No

RECEIVED
SEP 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue

AO 240 (Rev 7/96)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  N/A

I declare under penalty of perjury that the above information is true and correct.

7 Sept. 2005                    Pro-se Anthony Pickett   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
_____                     _____
DATE                            SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her

credit at (name of institution) _____ I further certify

that the applicant has the following securities to his/her credit: _____

_____ I further certify that during the past six months the applicant's

average balance was $ _____.


_____                     _____
DATE                            SIGNATURE OF AUTHORIZED OFFICER