UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
WASHINGTON D.C.

Anthony Pickett, Pro-Se
36 West Clover Lane
Montgomery, AL   PLAINTIFF
                 36/05

Oct. 9, 2005

vs

Impersonating Montgomery
Police Officer, Mont. AL.
① Jones ② Williams ③ John Doe
Three of them.
                 Defendants.

Per Order - Consolidated
with 05-2330

## COMPLAINT

On Oct. 9, 2005, time, 3'oclock p.m., place, 36 West Cloverlane Mont. AL. subject ① Thomas Pickett, who is ① mentally ill, have ② Drugs within the body, ③ Herpes, who, is riding, with ② Jackquelyn Stokes, 6145 Cherry Hill Rd, Montgomery, Alabama 36116, Phone (334) 281-7533, who have Drugs within the body, injecting, Heroin, Herpes, Aids, crazy check, Bankrupt, and who is not a Montgomery Police Officer, Mont. AL. who is riding behind ①

Pro-se Anthony Pickett, with Thomas Pickett ①, who is my Father, but mentally ill, and ② have Drugs within the body, ③ Herpes, my mother don't have, Drugs within the body, Herpes, Verdell Pickett, (Thomas Pickett can't be at this house with, Drug within the body.) Every day he, run, Around the street, and jump in the montGomery Police Jeep, with Jackquelyn Stokes, And Stalk Pro-se Anthony Pickett. Jackquelyn Stokes, is Already, sue, by Pro-se Anthony Pickett for Drugs within the body, Cases Number ① 05-1024 ② 05-0984 ③ 05-1025 ④ 02-CV-1474 ⑤ 02-CV-1690 ⑥ 01-CV-0226I ⑦ 01-CV-1017 ⑧ 02-CV-1250 (Thomas Pickett can't live at 36 west Clover Lane with Drugs within the body, Herpes.) Thomas Pickett have stolen, Pro-se Anthony Pickett ① 2 T.V., ② VCR, ③ CD disc, ④ destroy my car, Already, And now is ⑤ destroying the entire house, inside And out.

Now, THOMAS Pickett, House, Needs to run out the house, with people, with Drugs within the body, injecting Heroin, Herpes, AIDS, crazy check, Bankrupt, some have be shot, Already, ① Mixon ② J. Mosley ③ Govan, And others hiding, in Montgomery Police cars, mont. AL. And riding in Sheriffs cars, mont. AL. Reese McKinney Jr. others, And None, are Policeman or Sheriffs And Robert C. Speigner, Jackquelyn Stokes. (Theses people are hiding Around Pro-se Anthony Pickett house.)

① Robert C. Speigner 319 S. Anton Dr Montgomery, Alabama, 36105 (334) 834-6756 gave the people, impersonating, Montgomery Police Officer, mont. AL, ① money, And ③ G. Mosley, gave them ② Drugs.

So, Impersonating, Montgomery Police Officer ① Jones, ② Williams ③ John Doe, it was three of them, with Montgomery Police cars, uniform, guns, took Drugs And money, from

(3)

③ Robert Speig Jr, 319 S. Ant__ Dr, Mont AL. 36105, and ② G. Mosley, riding, in a Montgomery Police officer car. ① Jones ② Williams ③ John Doe, who have Drugs within the body, injecting Heroin, Herpes, AIDS, crazy check, Bankrupt, Shot with a gun, bleeding inside and out dead, Commit ① Assault and ② threat Pro-se Anthony Pickett.

## Motion

Pro-se Anthony Pickett Motion for a jury trial by the 6,7 United States Constitution Amendments.

## Motion

Pro-se Anthony Pickett motion, for Assault, charges, be file on every person involve.

## Damages

Pro-se Anthony Pickett ask for a million dollars, in damages.

4

# PROOF OF SERVICE

I, Anthony Pickett, Pro-se, 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 do certify that on the 9 Oct. 2005, I did mail a copy of the foregoing lawsuit to the defendants, by placing a copy of the lawsuit in a United States Post Office Box to be mail to the following:

Impersonating Montgomery Police Officer,
① Jones ② Williams ③ John Doe, three of them, Montgomery Police Department, Warrant Clerk Office, 320 N. Riply
Montgomery, Alabama
36605

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
Pro-se Anthony Pickett

Address of Pro-se
Anthony Pickett
36 West Clover Lane
Montgomery, Alabama
36605
(334) 256-____

(.5)

Anthony Pickett
PLAINTIFFS
VS © Jones, Williams, John Does
Impersonating Policemen
Mont, AL Police Dept.
DEFENDANT(S)

IN THE UNITED STATES DISTRICT COURT FOR THE
~~MIDDLE~~ DISTRICT OF ~~ALABAMA~~ Columbia
Washington D.C.

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

DATE
Oct. 9 2005

I, Anthony Pickett, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1.  Are you presently employed?                                              YES ( )   NO (✓)

    A.  If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    B.  If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. _____

2.  Have you received within the past 12 months any money from any of the following sources?

    A.  Business, profession, or form of self-employment?                    YES ( )   NO (✓)

    ~~B.~~   ~~Rent payments, interest, or dividends?~~                       YES ( )   NO (✓)

    C.  Pensions, annuities, or life insurance payments?                     YES ( )   NO (✓)

    D.  Gifts or inheritances?                                               YES ( )   NO (✓)

    E.  Any other sources?                                                   YES ( )   NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months.  N/A

(1)

3. Do you own cash, or do you have money in a checking/savings account?
   YES ( )   NO (L)

   If the answer is YES, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (L)

   If the answer is YES, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____
   N/A

Pro-se _Anthony Pickett 4215943-5355_
Plaintiff

STATE OF ALABAMA
COUNTY OF _____

Subscribed and sworn to before me on this _____ day of _____,
2003. 199__, at _____, Alabama.

_____
NOTARY PUBLIC in and for said County,
in said State

(SEAL)

My commission expires _____.

**OR**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
Plaintiff

(2)